NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED AUDIO DEVICES, LLC,**
*Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC.,**
*Appellees*

---

2017-1748, -1750, -1805, -1806, -1824

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01154, IPR2014-01155, IPR2014-01156, IPR2014-01157, and IPR2014-01158.

---

**ORDER**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the five appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than May 2, 2017.

2   ADVANCED AUDIO DEVICES, LLC v. HTC CORPORATION

          FOR THE COURT

          <u>/s/ Peter R. Marksteiner</u>
          Peter R. Marksteiner
          Clerk of Court

s31